IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHEELOCK, INC. | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 2:05-CV-454 |
| | ) | |
| v. | ) | |
| | ) | JURY DEMANDED |
| SIEMENS BUILDING TECHNOLOGIES, | ) | |
| INC., (D/B/A FARADAY) | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF WHEELOCK'S
NOTICE OF DISCLOSURE OF ASSERTED CLAIMS AND
<u>PRELIMINARY INFRINGEMENT CONTENTIONS</u>**

Pursuant to Rule 26(c) and to P.R. 3-1 and P.R. 3-2 of the Rules of the Eastern District of Texas, Plaintiff Wheelock, Inc. ("Wheelock") gives notice that Plaintiff has served Defendants with Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions on March 15, 2006.

Respectfully submitted,

BY:   __/s/   Michael G. Carroll_____
Michael G. Carroll
Texas Bar No. 03889300
Email: mike@mikegcarroll.com
MICHAEL G. CARROLL, P.C.
102 N. College, Suite 800
Tyler, Texas 75702
Tel:  (903) 597-8001
Fax: (903) 597-8006

B. Todd Patterson
Texas Bar No. 00789537
Email: tpatterson@pattersonsheridan.com
Henry M. Pogorzelski
Texas Bar No. 00789537
Email: (tpatterson@pattersonsheridan.com)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel:  (713) 623-4844
Fax:  (713) 623-4846

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of "PLAINTIFF WHEELOCK'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION" was served on the parties listed below, via first class mail, email, and / or facsimile, on this 15th day of March, 2006.

>Donald C. Templin
>(don.templin@haynesboone.com)
>Texas Bar No. 19771500
>Phillip B. Philbin
>(phillip.philbin@haynesboone.com)
>Texas Bar No. 15909020
>John R. Emerson
>Texas Bar No. 24002053
>(russ.emerson@haynesboone.com)
>HAYNES & BOONE, LLP
>901 Main Street
>Dallas, TX  75202
>Phone: (214) 651-5000
>Fax: (214) 200-0593
>
>COUNSEL FOR DEFENDANT

__/s/_____

440242-1                                                              2