IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WHEELOCK, INC., § § **Plaintiff,** § § vs. § § SIEMENS BUILDING § TECHNOLOGIES, INC. (d/b/a § FARADAY) § § **Defendant.** § | | C.A. NO. 2:05CV454 – DF JURY |

## AGREED STIPULATION TO EXTEND DEADLINES

Plaintiff, Wheelock, Inc., ("Wheelock") and Defendant, Siemens Building Technologies, Inc. ("Siemens") hereby file this agreed stipulation to extend certain deadlines set forth in the Scheduling Order filed on February 3, 2006.  The parties are actively engaged in settlement negotiations.  In light of these negotiations, the parties have agreed to the extension of deadlines as set forth below.

| Action | Current Date | Proposed Date |
|---|---|---|
| Siemens' Responses to Plaintiff's First Set of Document Requests (Nos. 1-15) | 05/15/06 | 06/01/06 |
| P.R. 3-3 and 3-4 Disclosure | 05/15/06 | 06/01/06 |
| Exchange of proposed terms and claim elements for construction | 05/15/06 | 06/01/06 |
| Siemens' Answer to Plaintiff's First Set of Interrogatories (Nos. 1-14) | 05/15/06 | 06/01/06 |
| Siemens' Responses to Plaintiff's Second Set of Document Requests (Nos. 16-89) | 05/15/06 | 06/01/06 |
| Meet and Confer to Discuss List of Proposed Terms and Claim Elements for Construction | 05/19/06 | 06/09/06 |
| Exchange Preliminary Claim Construction and Extrinsic Evidence | 05/30/06 | 06/19/06 |
| Meet and Confer to Discuss Preliminary Claim Constructions and Extrinsic Evidence | 06/02/06 | 06/30/06 |

| Action | Current Date | Proposed Date |
|---|---|---|
| Deadline for Parties to File Amended Pleadings | 06/16/06 | 07/14/06 |
| File Joint Claim Construction and Pre-hearing Statement | 06/16/06 | 07/14/06 |
| Completion of Claim Construction Discovery | 07/17/06 | 08/14/06 |
| Plaintiff's Deadline to File Opening Claim Construction Brief | 07/31/06 | 08/28/06 |
| Defendant's Deadline to File Response Brief on Claim Construction | 08/14/06 | 09/11/06 |
| Plaintiff's Deadline to File Reply Brief on Claim Construction | 08/23/06 | 09/20/06 |
| Claim Construction Hearing | 09/06/6 | 10/04/06, or other date set by the Court |

In exchange for the agreement to extend these deadlines, Siemens agrees to provide responsive documents and answers to outstanding written discovery by June 1, 2006.

Dated: May 22, 2006                                      Respectfully submitted,

_/s/_ Michael G. Carroll _by permission_ 　　　　　　   _/s/_ Robert M. Chiaviello, Jr.
Michael G. Carroll *Attorney-In-Charge*                  Robert M. Chiaviello. Jr. *Attorney-In-Charge*
Texas Bar No. 03889300                                   Texas Bar No. 04190720
Email: mike@mikegcarroll.com                             Email: bobc@fulbright.com
MICHAEL G. CARROLL, P.C.                                 Miriam L. Quinn
102 N. College, Suite 800                                Texas Bar No. 24037313
Tyler, Texas 75702                                       Email: mquinn@fulbright.com
Tel: (903) 597-8001
Fax: (903) 597-8006                                      FULBRIGHT & JAWORSKI L.L.P.
                                                         2200 Ross Avenue, Suite 2800
B. Todd Patterson                                        Dallas, Texas 75201-2784
Texas Bar No. 00789537                                   Tel: (214)855-8000
Email: tpatterson@pattersonsheridan.com                  Fax: (214)855-8200
Henry M. Pogorzelski
Texas Bar No. 2407852                                    OF COUNSEL
Email: hpogorzelski@pattersonsheridan.com                Nicholas H. Patton
PATTERSON & SHERIDAN, LLP                                Email: NickPatton@Texarkanalaw.com
3040 Post Oak Blvd., Suite 1500                          PATTON, TIDWELL & SCHROEDER, L.L.P.
Houston, Texas 77056                                     4605 Texas Blvd.
Tel: (713) 623-4844                                      P.O. Box 5398
Fax: (713) 6234846                                       Texarkana, Texas 75505-5398
                                                         Tel: (903) 792-7080
                                                         Fax: (903) 792-8233

COUNSEL FOR PLAINTIFF                                    COUNSEL FOR DEFENDANT
WHEELOCK, INC.                                           SIEMENS BUILDING TECHNOLOGIES,
                                                         INC., (D/B/A FARADAY)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant, Siemens Building Technologies, Inc., ("Siemens") on this the 22nd day of May, 2006, conferred with counsel for Plaintiff, Wheelock, Inc., and Plaintiff agreed.


  _/s/_ Robert M. Chiaviello, Jr.
  Robert M. Chiaviello, Jr.

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the Agreed Stipulation was served upon all counsel of record in compliance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas on the 22nd day of May, 2006.

                                                              */s/* Robert M. Chiaviello, Jr.
                                                              Robert M. Chiaviello, Jr.