# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WHEELOCK, INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | C.A. NO. 2:05CV454 – DF |
| | § | |
| SIEMENS BUILDING | § | JURY |
| TECHNOLOGIES, INC. (d/b/a | § | |
| FARADAY) | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S MOTION TO EXTEND DEADLINES

Defendant, Siemens Building Technologies, Inc. ("Siemens") files this motion to withdraw its motion to extend deadlines, filed on May 15, 2006, Court Docket No. 23. This motion is unopposed.

On May 22, 2006 the parties filed an Agreed Stipulation to Extend Deadlines, Court Docket No. 25. The filing of the Agreed Stipulation to Extend Deadlines has rendered the ultimate issue of Defendant's Motion to Extend Deadlines as moot. Accordingly, Siemens requests that the Court enter the Proposed Order submitted herewith, granting Defendant's unopposed motion to withdraw Defendant's Motion to Extend Deadlines.

Respectfully submitted,

_/s/_ Robert M. Chiaviello, Jr._____
Robert M. Chiaviello. Jr. *Attorney-In-Charge*
Texas Bar No. 04190720
Email: bobc@fulbright.com
Miriam L. Quinn
Texas Bar No. 24037313
Email: mquinn@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214)855-8000
Fax: (214)855-8200

OF COUNSEL
Nicholas H. Patton
Email: NickPatton@Texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
Tel: (903) 792-7080
Fax: (903) 792-8233

COUNSEL FOR DEFENDANT
SIEMENS BUILDING TECHNOLOGIES,
INC., (D/B/A FARADAY)

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served upon all counsel of record in compliance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas on the 31st day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　 /s/Robert M. Chiaviello, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Robert M. Chiaviello, Jr.