# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WHEELOCK, INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | C.A. NO. 2:05CV454 – DF |
| | § | |
| SIEMENS BUILDING | § | JURY |
| TECHNOLOGIES, INC. (d/b/a | § | |
| FARADAY) | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF DISCLOSURE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION

Pursuant to P.R. 4-1(a) of the Local Rules of the Eastern District of Texas, Defendant Siemens Building Technologies, Inc., ("Siemens") gives notice that Defendant served Plaintiff with Defendant Siemens Building Technologies, Inc.'s, Disclosure of Proposed Terms and Claim Elements for Construction on June 1, 2006.

Respectfully submitted this 2nd day of June 2006

_/s/_ Robert M. Chiaviello, Jr._____
Robert M. Chiaviello. Jr. *Attorney-In-Charge*
Texas Bar No. 04190720
Email: bobc@fulbright.com
Miriam L. Quinn
Texas Bar No. 24037313
Email: mquinn@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214)855-8000
Fax: (214)855-8200

OF COUNSEL
Nicholas H. Patton
Email: NickPatton@Texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
P.O. Box 5398
Texarkana, Texas 75505-5398
Tel: (903) 792-7080
Fax: (903) 792-8233

COUNSEL FOR DEFENDANT
SIEMENS BUILDING TECHNOLOGIES,
INC., (D/B/A FARADAY)

**CERTIFICATE OF SERVICE**

      I hereby certified that a true and correct copy of the foregoing was served upon all counsel of record in compliance with the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas on the 2nd day of June, 2006.


                                                                  */s/* Robert M. Chiaviello, Jr._____
                                                                  Robert M. Chiaviello, Jr.