UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WHEELOCK, INC. | |
|      Plaintiff, | |
| v. | CIVIL ACTION NO. 2:05 CV 454 |
| SIEMENS BUILDING TECHNOLOGIES, INC., (D/B/A FARADAY) | Jury Demanded |
|      Defendant. | |

**JOINT MOTION TO STAY THIS CASE TO FINALIZE CLOSING PAPERS**

The parties hereby jointly move the Court to stay this case for 30 days to allow the parties to submit to the Court their final closing papers.

On June 12, 2006, the parties agreed to settle this litigation and are finalizing the terms of a formal settlement agreement. This agreement requires Wheelock, Inc. to file a motion to dismiss this litigation without prejudice within seven days of the effective date of the final settlement agreement.

Accordingly, the granting of this motion is expected to facilitate the completion of the settlement process.

Date: June 19, 2006

**CONFIDENTIAL**

Respectfully Submitted,

| | |
|---|---|
| _/s/_ Michael G. Carroll *by permission*__<br><br>Michael G. Carroll *Attorney-In-Charge*<br>Texas Bar No. 03889300<br>Email: mike@mikegcarroll.com<br>MICHAEL G. CARROLL, P.C.<br>102 N. College, Suite 800<br>Tyler, Texas 75702<br>Tel: (903) 597-8001<br>Fax: (903) 597-8006<br><br>B. Todd Patterson<br>Texas Bar No. 00789537<br>Email: tpatterson@pattersonsheridan.com<br>Henry M. Pogorzelski<br>Texas Bar No. 2407852<br>Email: hpogorzelski@pattersonsheridan.com<br>PATTERSON & SHERIDAN, LLP<br>3040 Post Oak Blvd., Suite 1500<br>Houston, Texas 77056<br>Tel: (713) 623-4844<br>Fax: (713) 6234846<br>COUNSEL FOR PLAINTIFF<br>WHEELOCK, INC. | _/s/_____<br><br>Robert M. Chiaviello. Jr. *Attorney-In-Charge*<br>Texas Bar No. 04190720<br>Email: bobc@fulbright.com<br>Miriam L. Quinn<br>Texas Bar No. 24037313<br>Email: mquinn@fulbright.com<br>FULBRIGHT & JAWORSKI L.L.P.<br>2200 Ross Avenue, Suite 2800<br>Dallas, Texas 75201-2784<br>Tel: (214)855-8000<br>Fax: (214)855-8200<br><br>OF COUNSEL<br>Nicholas H. Patton<br>Email: NickPatton@Texarkanalaw.com<br>PATTON, TIDWELL & SCHROEDER, L.L.P.<br>4605 Texas Blvd.<br>P.O. Box 5398<br>Texarkana, Texas 75505-5398<br>Tel: (903) 792-7080<br>Fax: (903) 792-8233<br>COUNSEL FOR DEFENDANT<br>SIEMENS BUILDING TECHNOLOGIES, INC., (D/B/A FARADAY) |