UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WHEELOCK, INC.

        Plaintiff,

   v.

SIEMENS BUILDING TECHNOLOGIES,
INC., (D/B/A FARADAY)

        Defendant.

CIVIL ACTION NO. 2:05 CV 454

Jury Demanded

---

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

---

Plaintiff through undersigned counsel hereby moves the Court to dismiss this case without prejudice.  Plaintiff, Wheelock, Inc. and Siemens Building Technologies, Inc. (d/b/a Faraday) have entered into an agreement concerning the matters at issue in this lawsuit, and respectfully ask that this matter be dismissed, without prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(2).  Each party agrees to bear its own attorneys' fees and other court costs relating to this action.

Respectfully submitted,

BY:    /s/   Michael G. Carroll
        Michael G. Carroll
        Texas Bar No. 03889300
        Email: mike@mikegcarroll.com
        MICHAEL G. CARROLL, P.C.
        102 N. College, Suite 800
        Tyler, Texas 75702
        Tel:  (903) 597-8001
        Fax: (903) 597-8006

        B. Todd Patterson
        Texas Bar No. 00789537

Email: tpatterson@pattersonsheridan.com
Henry M. Pogorzelski
Texas Bar No. 00789537
Email: (tpatterson@pattersonsheridan.com)
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel:   (713) 623-4844
Fax:  (713) 623-4846

COUNSEL FOR PLAINTIFF
WHEELOCK, INC.

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with Defendant's counsel  Miriam  Latorre  Quinn  and

was informed that Defendant does not oppose this motion.

488966-2                                          2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of "PLAINTIFF WHEELOCK'S MOTION TO DISMISS WITHOUT PREJUDICE" was served on the parties listed below by electronic mail via the Court's ECF noticing procedures on the 10th day of August, 2006.

Robert M. Chiaviello, Jr.
Miriam Latorre Quinn
FULBRIGHT & JAWORSKI, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Phone: (214) 855-8000
Fax: (214) 855-8200

Eric B. Hall
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Phone:  (713) 651-5151
Fax:  (713) 651-5246

Nicholas H. Patton
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Boulevard
Texarkana, Texas 75503
Phone:  (903) 792-7080
Fax:  (903) 792-8233

ATTORNEYS FOR DEFENDANT
SIEMENS BUILDING TECHNOLOGIES, INC.

/s/    Michael G. Carroll

488966-2

3